# Court of Appeals
# of the State of Georgia

ATLANTA,  July 16, 2018

*The Court of Appeals hereby passes the following order:*

**A18A2000.    HOWARD HAWKINS v. GEORGIA DEPARTMENT OF CORRECTIONS et al.**

Howard Hawkins filed this appeal from the dismissal of his suit against several defendants, including the Georgia Department of Corrections. When he filed his action, Hawkins was incarcerated.  Therefore, under the Prison Litigation Reform Act of 1996 (OCGA § 42-12-1 et seq.), Hawkins was required to follow the discretionary appeal procedures to obtain appellate review of the trial court's order dismissing his case. See *In the Interest of K. W.*, 233 Ga. App. 140 (503 SE2d 394) (1998). Hawkins's failure to comply with the discretionary appeal requirements deprives this Court of jurisdiction to consider his appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  07/16/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


, *Clerk.*